AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

MULTILAYER WORLDWIDE ENTERPRISES, LLC,

        Plaintiff,

V.

DANIEL KUSH,

        Defendant.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:



RECEIVED MAR 25 2008 USDC-WP-SDNY

**08 CIV. 1939**

**JUDGE KARAS**

TO: (Name and address of Defendant)

    Daniel Kush
    4928 Durley Lane, SE
    Smyrna, Georgia 30082-5049

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Kurzman Eisenberg Corbin & Lever, LLP
    One North Broadway – 10th Floor
    White Plains, NY 10601

an answer to the complaint which is served on you with this summons, within   **20**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

FEB 2 7 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>March 13, 2008 @ 8:11 am |
| NAME OF SERVER (PRINT)<br>Cynthia Moss | TITLE<br>Process Server |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: 4928 Durley Lane, SE, Smyrna, GA 30082

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/17/2008
           Date                Signature of Server

Address of Server:
MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8784

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.