Roger Juan Maldonado (RM 7035)
Stanley Chinitz (SC 3973)
Andrew W. Prior (AP 5845)

BALBER PICKARD MALDONADO
& VAN DER TUIN, PC
1370 Avenue of the Americas-7th Floor
New York, New York 10019
(212) 246-2400

Attorneys for Defendant, Daniel Kush

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MULTILAYER WORLDWIDE ENTERPRISES, LLC,

            Plaintiff,

- against -

DANIEL KUSH,

            Defendant.
------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Civil Action
08 CIV 1939 (KMK)

**NOTICE OF APPEARANCE ON BEHALF OF DANIEL KUSH**

  PLEASE TAKE NOTICE that defendant **Daniel Kush** hereby appears through its counsel, Roger Juan Maldonado, Stanley Chinitz, and Andrew W. Prior of Balber Pickard Maldonado & Van Der Tuin, PC, and requests that all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served on the following:

  Email addresses:

  Roger Juan Maldonado
  Email: Rmaldonado@balberpickard.com
  Stanley Chinitz

Email: Schinitz@balberpickard.com

Andrew W. Prior
Email: Aprior@balberpickard.com

<u>Mailing address</u>:

Balber Pickard Maldonado & Van Der Tuin, PC
1370 Avenue of the Americas-7th Floor
New York, New York 10019

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda, and briefs in support of any of the foregoing and any other document filed without, or otherwise brought before, this Court with respect to the above-referenced case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, email, facsimile transmission, telegraph, telex, or otherwise.

Dated:   April 29, 2008
         New York, New York

BALBER PICKARD
MALDONADO & VAN DER TUIN, PC

By: _____
Roger Juan Maldonado (RM 7035)
Stanley Chinitz (SC 3973)
Andrew W. Prior (AP 5845)

1370 Avenue of the Americas-7th Floor
New York, New York 10019
Telephone Number: (212) 246-2400
Fax Number: (212) 765-4212

*Of Counsel*:

Andrew B. Koplan[1]
5855 Sandy Springs Circle-Suite 150
Atlanta, Georgia 30328
Telephone Number: (404) 255-1600
Fax Number: (404) 255-7373
Email address: akoplan@yahoo.com

To:   KURZMAN EISENBERG CORBIN & LEVER, LLP
      Attorneys for Plaintiff
      One North Broadway
      White Plains, New York 10601
      (914) 285-9800

---

[1] Motion for Admission *Pro Hac Vice* in process.