UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MULTILAYER WORLDWIDE
ENTERPRISES, LLC,

    Plaintiff,

vi.

                                            CASE NO. 08CIV.1939(KMK)

DANIEL KUSH,

    Defendant.
_____X

## CERTIFICATE OF SERVICE

Service of Defendant Daniel Kush's Answer & Counterclaim was provided to all parties as of the date set forth below via federal express delivery addressed to:

        Judith Zerden, Esq.
Kurzman, Eisenberg, Corbin & Lever, LLP
        One North Broadway
    White Plains, New York 10601

This 2nd day of April, 2008.

                                            _____
                                            ANDREW B. KOPLAN
                                            Georgia Bar No. 428152

ANDREW B. KOPLAN, P.C.
5855 Sandy Springs Circle
Suite 150
Atlanta, GA 30328
Telephone: (404) 255-1600
Facsimile: (404) 255-7373
akoplan@yahoo.com
Counsel for Daniel Kush

31