# KURZMAN EISENBERG CORBIN & LEVER, LLP

ATTORNEYS AT LAW

ONE NORTH BROADWAY
WHITE PLAINS, NEW YORK 10601

TEL: (914) 285-9800
FAX: (914) 285-9855

Judith Zerden
Of Counsel
jzerden@kelaw.com
(914)285-9800

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

July 29, 2008

**By Facsimile (914) 390-4152**

Hon. Kenneth M. Karas
United States District Court
for the Southern District of New York
300 Quarropas Street-Chambers 533
White Plains, NY 10601-4150

**MEMO ENDORSED**

Att: Alicia

   Re: **Multilayer Worldwide Enterprises, LLC v. Kush
     Case No. 08 Civ. 1939**

Dear Judge Karas:

  We are the attorneys for the Plaintiff in the above-referenced matter. We are writing with the consent of Defendant's counsel to request an adjournment of the Rule 16 conference in the above-referenced matter which is currently scheduled for July 30, 2008 at 12:00 p.m.

  This joint request for an adjournment is made at this late date only because my office did not receive notice of the conference from the Court due to a problem with transmission under the electronic filing system, which I am attempting to correct with the Clerk's Office. I first learned that the conference had been scheduled in a telephone conversation with Defendant's counsel after the close of business yesterday, but will be unable to attend due to a conflicting court appearance in Brooklyn.

  No prior requests for an adjournment have been made. Your consideration of this request is appreciated.

Respectfully,

Judith Zerden

*Conference is adjourned until August 11, 2008, at 11:15*

*So Ordered,*
*[signature]*
*7/29/08*

JZ/lc
cc: Stanley Chinitz, Esq. (by facsimile)

H:\40705\0044\JZ0588.DOC