# KURZMAN EISENBERG CORBIN & LEVER, LLP

ATTORNEYS AT LAW

ONE NORTH BROADWAY
WHITE PLAINS, NEW YORK 10601

TEL: (914) 285-9800
FAX: (914) 285-9855

Judith Zerden
Of Counsel
jzerden@kelaw.com
(914) 285-9800

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

August 8, 2008

**By Facsimile (914) 390-4152**

Hon. Kenneth M. Karas
United States District Court
for the Southern District of New York
300 Quarropas Street - Chambers 533
White Plains, NY 10601-4150

**MEMO ENDORSED**

Att:  Dawn Bordas
      Courtroom Deputy Clerk

Re:  Multilayer Worldwide Enterprises, LLC v. Kush
     **Case No. 08 Civ. 1939**

Dear Judge Karas:

We are the attorneys for the Plaintiff in the above-referenced matter. We are writing with the consent of Defendant's counsel to request an adjournment of the Rule 16 conference in the above-referenced matter, which is currently scheduled for August 11, 2008 at 11:15 a.m.

This joint request for an adjournment is made because Fred Weinstein, the Plaintiff's principal trial counsel, is unable to appear. The Court granted our prior joint request for an adjournment of the conference, which was originally scheduled for July 30, 2008. That request was based upon our office's failure to receive notice of the conference due to a problem with transmission under the electronic filing system.

Your consideration of this request is appreciated.

Respectfully,

Judith Zerden

Denied. The letter is untimely, and another attorney can cover the conference.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
8/8/08

JZ/lc
cc:  Stanley Chinitz, Esq. (by facsimile)

H:\4070\0044\LC10393.DOC