UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

Multilayer Worldwide Enterprises, LLC,

                        Plaintiff(s),                    08 Civ. 1939 (KMK) (MDF)

 -against-                                               ORDER OF REFERENCE
                                                         TO A MAGISTRATE JUDGE
Daniel Kush,

                        Defendant(s).

_____X

The above entitled action is referred to the Honorable Mark D. Fox, United States
Magistrate Judge for the following purpose(s):

✓    General Pretrial (includes scheduling,       _____ Consent under 28 U.S.C.
     discovery, non-dispositive pretrial motions,       §636(c) for all purposes
     and settlement                                     (including trial)

_____ Specific Non-Dispositive Motion/Dispute:*  _____ Consent under 28 U.S.C.
                                                        §636(c) for limited purpose
                                                        (e.g., dispositive motion,
     _____                   preliminary injunction

     _____                   Purpose:_____

If referral is for discovery disputes when       _____ Habeas Corpus
the District Judge is unavailable, the time
period of the referral:_____            _____ Social Security

_____ Settlement*                                _____ Dispositive Motion (i.e., motion
                                                        requiring a Report and
_____ Inquest After Default/Damages Hearing             Recommendation


                                                 Particular Motion:_____
                                                 _____

                                                 All such motions:_____

_____

* Do not check if already assigned for general pretrial.

Dated: August 13, 2008

                                    SO ORDERED

                                    _____
                                    Hon. Kenneth M. Karas
                                    United States District Judge